UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TRACY GORMAN**                                                                 **CIVIL ACTION**

**VERSUS**

**BRANDON SCHIELE, ET AL.**                              **NO.: 15-00790-BAJ-EWD**

## RULING AND ORDER

Before the Court are Tracy Gorman's ("Plaintiff") motions to remand (Docs. 4, 27). The Magistrate Judge has issued separate Report and Recommendations (Docs. 24, 29), recommending that Plaintiff's motions to remand be denied.

Having independently considered Plaintiff's motions to remand and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT AND RECOMMENDATIONS**, and **ADOPTS** them as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motions to remand (Docs. 4, 7) are **DENIED** for the reasons explained in the Magistrate Judge's Report and Recommendations.

Baton Rouge, Louisiana, this 28th day of June, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**